**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** <br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **David** <br>First name <br><br>**I** <br>Middle name <br><br>**Widerhorn** <br>Last name and Suffix (Sr., Jr., II, III) | First name <br><br>Middle name <br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-3477** | |

Debtor 1   **David I Widerhorn**                                                     Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

■ I have not used any business name or EINs.

_____
Business name(s)

_____
EINs

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business name or EINs.

_____
Business name(s)

_____
EINs

---

**5. Where you live**

**916 Harvard Ln**
**Wilmette, IL 60091**
_____
Number, Street, City, State & ZIP Code

**Cook**
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**1189 Wilmette Ave #106**
**Wilmette, IL 60091**
_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

---

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)
_____

---

Debtor 1    **David I Widerhorn**                                              Case number *(if known)* _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ☐ No.    Go to line 12.
- ■ Yes.   Has your landlord obtained an eviction judgment against you?

  - ■ No. Go to line 12.

  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   **David I Widerhorn**                                                        Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1   **David I Widerhorn**                                          Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

### About Debtor 1:

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

### About Debtor 2 (Spouse Only in a Joint Case):

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **David I Widerhorn**                                                                    Case number *(if known)*

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16.** **What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

---

**17.** **Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☑ Yes

---

**18.** **How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** **How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** **How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ David I Widerhorn**

| **David I Widerhorn** | Signature of Debtor 2 |
| Signature of Debtor 1 | |

Executed on    **December 15, 2017**                    Executed on
MM / DD / YYYY                                            MM / DD / YYYY

---

Debtor 1   **David I Widerhorn**                                   Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Joseph E. Cohen**                              Date   **December 15, 2017**
Signature of Attorney for Debtor                            MM / DD / YYYY

**Joseph E. Cohen**
Printed name

**Cohen & Krol**
Firm name

**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone   **312-368-0300**          Email address   **jcohen@cohenandkrol.com**

**3123243**
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David I Widerhorn** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **TD Auto Finance**<br>Creditor's Name | Describe the property that secures the claim:<br>**2017 Bentley Bentayga 7776 miles Vehicle in excellent condition. Purchased in May 2017. Car repossessed by creditor in December 2017.**<br><br>**VIN# SJAAC2ZV1HC015401** | $198,389.46 | Unknown | Unknown |

PO Box 9223
Farmington Hills, MI
48333-9223
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **2017**    Last 4 digits of account number    **3445**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $198,389.46 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $198,389.46 |

### Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | **David I Widerhorn** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **2.0 Compliance AI Inv, LLC** | Last 4 digits of account number _____ | $375,000.00 |
| | Nonpriority Creditor's Name | | |
| | **2721 N Dayton St** | When was the debt incurred?    2016 | |
| | **Chicago, IL 60614** | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |
| | Who incurred the debt? Check one. | | |
| | ☐ Debtor 1 only | ■ Contingent | |
| | ☐ Debtor 2 only | ■ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ■ Disputed | |
| | ■ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | |
| | Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | | **Threatened litigation to debtor as a result of investment in NS Liquidation Corp. f/k/a Neurensic, Inc.** | |
| | ☐ Yes | ■ Other. Specify | |

Debtor 1    **David I Widerhorn**    Case number (if know)

---

| 4.2 | **3.0 Compliance AI Inv, LLC** | Last 4 digits of account number | | $289,977.86 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**2721 N Dayton St**
**Chicago, IL 60614**
Number Street City State Zip Code

**When was the debt incurred?**    **2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Threatened litigation to debtor as a result of investment in NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

| 4.3 | **ACL Laboratories** | Last 4 digits of account number | **0122** | $20.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 27901**
**West Allis, WI 53227-0901**
Number Street City State Zip Code

**When was the debt incurred?**    **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal medical bill of debtor.**

---

| 4.4 | **ADP** | Last 4 digits of account number | **7618** | $1,452.83 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1851 N Resler Rd**
**El Paso, TX 79912**
Number Street City State Zip Code

**When was the debt incurred?**    **2016**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

Debtor 1   **David I Widerhorn**                                                    Case number (if know) _____

---

| 4.5 | **Aite Group** | Last 4 digits of account number | **5383,5384,5 385,5386,FC 9** | $14,225.54 |

Nonpriority Creditor's Name
**101 Arch Street
Suite 501
Boston, MA 02110**

When was the debt incurred?   **2016**

Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only                         - ☐ Contingent
- ☐ Debtor 2 only                         - ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only            - ■ Disputed
- ☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
- ☐ **Check if this claim is for a  community debt**    - ☐ Student loans
- Is the claim subject to offset?         - ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No                                    - ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                   - ■ Other. Specify   **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc., ongoing corporate collection action.**

---

| 4.6 | **American Express** | Last 4 digits of account number | **1002** | $9,008.77 |

Nonpriority Creditor's Name
**PO Box 981537
El Paso, TX 79998**

When was the debt incurred?   **2017**

Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only                         - ☐ Contingent
- ☐ Debtor 2 only                         - ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only            - ☐ Disputed
- ■ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
- ☐ **Check if this claim is for a  community debt**    - ☐ Student loans
- Is the claim subject to offset?         - ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No                                    - ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                   - ■ Other. Specify   **Debtor personally guaranteed company obligation of Quantamine Capital, LLC. Company defaulted leaving debtor wholly personal liable and under ongoing collection action.**

---

| 4.7 | **American Express** | Last 4 digits of account number | **1005** | $3,601.99 |

Nonpriority Creditor's Name
**PO Box 981537
El Paso, TX 79998**

When was the debt incurred?   **2017**

Number Street City State Zip Code

Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only                         - ☐ Contingent
- ☐ Debtor 2 only                         - ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only            - ☐ Disputed
- ☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
- ☐ **Check if this claim is for a  community debt**    - ☐ Student loans
- Is the claim subject to offset?         - ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ No                                    - ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                   - ■ Other. Specify   **Personal credit card of debtor.**

---

Debtor 1  **David I Widerhorn**

---

**4.8**  **American Express**
Nonpriority Creditor's Name
**PO Box 981537**
**El Paso, TX 79998**
Number Street City State Zip Code
Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **1007**                    **$19,517.35**

When was the debt incurred?  **2017**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.9**  **AMP Global Clearing**
Nonpriority Creditor's Name
**221 N LaSalle Dr**
**Chicago, IL 60601**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **7743**                    **$49.50**

When was the debt incurred?  **2016**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Overdrawn joint account with Daniel Zurakov, debtor has 50% interest, account balance overdrawn by $99.00.**

---

**4.10**  **Aplomb Strategies**
Nonpriority Creditor's Name
**230 West 55th Street**
**30D**
**New York, NY 10019**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **I003**                    **$10,000.00**

When was the debt incurred?  **2017**

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
■ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

Debtor 1   **David I Widerhorn**

Case number *(if know)*

---

| 4.1<br>1 | **Associates in Sleep Medicine, LLC** | Last 4 digits of account number | 6210 | $515.00 |

Nonpriority Creditor's Name

**10640 W 165th St**
**Orland Park, IL 60467-8737**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- □ Yes

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply

- □ Contingent
- □ Unliquidated
- □ Disputed

Type of NONPRIORITY unsecured claim:

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Personal medical bill of debtor.**

---

| 4.1<br>2 | **Ball Construction Pty Ltd** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**PO Box 3331**
**Bracken Ridge QLD, Australia**
**04017-**

Number Street City State Zip Code

Who incurred the debt? Check one.

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- □ Yes

When was the debt incurred?   **2014**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Threatened litigation to debtor as a result of former customer relationship with David Widerhorn Consulting, LLC.**

---

Debtor 1  **David I Widerhorn** _____    Case number (if know) _____

---

| 4.1 3 | | | |
|---|---|---|---|

**Bank of America**

Nonpriority Creditor's Name

**PO Box 982284**
**El Paso, TX 79998-2238**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **5294**          $74,899.75

When was the debt incurred?    **2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Debtor personally guaranteed corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc. Corporation defaulted (and creditor charged off corporation debt) leaving debtor wholly personal liable and under ongoing collection action.**

---

| 4.1 4 | | | |
|---|---|---|---|

**Bank of America**

Nonpriority Creditor's Name

**PO Box 25118**
**Tampa, FL 33622-5118**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **5534**          $426.86

When was the debt incurred?    **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Annual fee and lost key fee owed on safe deposit box 00553 at Wacker & Monroe branch location.**

---

Debtor 1   **David I Widerhorn**                                                        Case number (if know)

| 4.15 | **Carolyn Philips** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**1455 W Grand Ave**
**Apt 1F**
**Chicago, IL 60642**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

| 4.16 | **CBRE, Inc.** | Last 4 digits of account number **4001** | **$5,740.43** |

Nonpriority Creditor's Name

**PO Box 740935 Location Code 2124**
**Los Angeles, CA 90074-0935**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?   2016**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

| 4.17 | **Charlotte Gilmore Exempt Fmly Trust** | Last 4 digits of account number | **$500,241.15** |

Nonpriority Creditor's Name

**C/U John F Gilmore Jr Dec Tr 2/11/1**
**7032 SE Harbor Cir**
**Stuart, FL 34996**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**When was the debt incurred?   2015**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Threatened litigation as a result of investment in NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

Debtor 1    **David I Widerhorn**

Case number (if know)

---

| 4.18 | **Chase Bank** | Last 4 digits of account number | **5871** | | $26,542.60 |

Nonpriority Creditor's Name

**PO Box 15298**
**Wilmington, DE 19850-5298**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal credit card of debtor.**

---

| 4.19 | **Chase Bank** | Last 4 digits of account number | **6163** | | $25,185.25 |

Nonpriority Creditor's Name

**PO Box 15298**
**Wilmington, DE 19850-5298**

Number Street City State Zip Code

**When was the debt incurred?**    **2017**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal credit card of debtor.**

---

| 4.20 | **Chase Bank** | Last 4 digits of account number | **5693** | | $0.00 |

Nonpriority Creditor's Name

**PO Box 15298**
**Wilmington, DE 19850-5298**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Employee business credit card for Numisma, LLC. Debtor is not personal guarantor or responsible party.**

---

Debtor 1    **David I Widerhorn**

Case number (if know)

---

**4.2**
**1**

**Chase Bank**

Nonpriority Creditor's Name

**PO Box 15298**
**Wilmington, DE 19850-5298**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **6392**                    **$101.23**

**When was the debt incurred?**      **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Overdrawn bank account**

---

**4.2**
**2**

**Chicago BT Property, LLC**

Nonpriority Creditor's Name

**141 W Jackson Blvd**
**Chicago, IL 60604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0177**                    **$22,966.71**

**When was the debt incurred?**      **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Default judgement entered against debtor.**

---

**4.2**
**3**

**Chicago BT Property, LLC**

Nonpriority Creditor's Name

**141 W Jackson Blvd**
**Chicago, IL 60604**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0177**                    **$60,801.27**

**When was the debt incurred?**      **2017**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Balance of damages being litigated.**

---

Debtor 1   **David I Widerhorn**

Case number (if know) _____

---

| 4.2 4 | **Christopher D Gilmore** | Last 4 digits of account number _____ | $100,013.72 |
|---|---|---|---|

Nonpriority Creditor's Name
**8 Longwood Dr**
**Burr Ridge, IL 60527**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Threatened litigation as a result of investment in NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

| 4.2 5 | **Citi** | Last 4 digits of account number   **0876** | $4,992.67 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 6500**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal credit card.**

---

| 4.2 6 | **Citi** | Last 4 digits of account number   **1358** | $15,927.96 |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 6500**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal credit card.**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1     **David I Widerhorn**

Case number (if know)

---

| 4.2 7 | **Citi** | Last 4 digits of account number | **8531** | **$1,146.35** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 6500**
**Sioux Falls, SD 57117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Personal credit card. Joint account w/Christina Sui.**

---

| 4.2 8 | **Citi** | Last 4 digits of account number | | **$5,684.95** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 6500**
**Sioux Falls, SD 57117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Debtor personally guaranteed corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc. Corporation defaulted (and creditor charged off corporate debt) leaving debtor wholly personal liable and under ongoing collection action.**

---

| 4.2 9 | **City of Chicago EMS** | Last 4 digits of account number | **5585** | **$934.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**33589 Treasury Center**
**Chicago, IL 60694**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**     **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify     **Unpaid personal medical bills.**

---

| Debtor 1 | **David I Widerhorn** | Case number (if know) |
|---|---|---|

---

**4.30**

**CMC**

Nonpriority Creditor's Name

**1300 L St
NW Suite 1020
Washington, DC 20005**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____      $750.00

When was the debt incurred?      **2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

**4.31**

**CME Group**

Nonpriority Creditor's Name

**20 South Wacker Dr
Chicago, IL 60606**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **039M**      $66,000.00

When was the debt incurred?      **2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.. Threatened litigation and ongoing collection action against both corporation and against debtor personally.**

---

**4.32**

**Comcast**

Nonpriority Creditor's Name

**PO Box 3005
Southeastern, PA 19398-3005**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number **8857**      $967.91

When was the debt incurred?      **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Unpaid final bill for service at debtor's prior residence at 250 W Scott St, Apt D.**

---

Debtor 1    **David I Widerhorn**                                               Case number (if know)

---

| 4.3 3 | **Comcast** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**PO Box 3005**
**Southeastern, PA 19398-3005**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc., ongoing corporate collection action.**

---

| 4.3 4 | **ComEd** | Last 4 digits of account number _____ | **$739.76** |

Nonpriority Creditor's Name

**PO Box 6111**
**Carol Stream, IL 60197-6111**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

| 4.3 5 | **Compliance AI Inv, LLC** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**2721 N Dayton St**
**Chicago, IL 60614**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Threatened litigation as a result of investment in NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

Debtor 1   **David I Widerhorn**                                    Case number (if know)

---

| 4.3 6 | **Conversus Group LLC** | Last 4 digits of account number _____ | $90,450.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**245 Park Avenue**
**Floor 24**
**New York, NY 10167**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

| 4.3 7 | **Daniel Hu** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**69 Cooper Street**
**Apt #2L**
**Brooklyn, NY 11207**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

| 4.3 8 | **David Herrmann** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**1725 W Division #301**
**Chicago, IL 60622**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**   **2017**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor in NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

Debtor 1    **David I Widerhorn** _____    Case number (if know) _____

---

| 4.3 9 | **Devexperts Inc.** | Last 4 digits of account number | 3016 | $54,000.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2500 Plaza 5**
**Harborside Financial Center**
**Jersey City, NJ 07311**

When was the debt incurred?      **2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

| 4.4 0 | **Direct Urgent Care, Inc** | Last 4 digits of account number | 0017 | $40.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**3095 Telegraph Ave**
**Berkeley, CA 94705**

When was the debt incurred?      **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Unpaid personal medical bill.**

---

| 4.4 1 | **Environmental Systems Design, Inc.** | Last 4 digits of account number | 7445 | $2,450.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**175 W Jackson Blvd**
**Suite 1400**
**Chicago, IL 60604**

When was the debt incurred?      **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

Debtor 1   **David I Widerhorn**                                                      Case number (if know)

---

| 4.4 2 | **Eppleton IT Consulting** | Last 4 digits of account number _____ | **$25,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name

**Heimeranstr. 68**

**Muenchen, Germany 80339-0000**

Number Street City State Zip Code

When was the debt incurred?    **2016**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc., pending joint collection action against corporation and debtor.**

---

| 4.4 3 | **Erdem Ergin** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**2754 N Hampden Ct**

**Chicago, IL 60614**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

| 4.4 4 | **Eugene Tyurin** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**1005 Forest Ave**

**Evanston, IL 60202**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

Debtor 1    **David I Widerhorn**

Case number (if know) _____

---

| 4.4 5 | **Fitness Formula Clubs** | Last 4 digits of account number _____ | $1,769.76 |

Nonpriority Creditor's Name
**619 W Jackson Blvd**
**Chicago, IL 60661**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

| 4.4 6 | **Fox Rothschild LLP** | Last 4 digits of account number    **2595** | $844.46 |

Nonpriority Creditor's Name
**353 N Clark St**
**Suite 3650**
**Chicago, IL 60654**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **11/08/2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal joint-obligation of debtor and Paul Giedraitis for legal services rendered.**

---

| 4.4 7 | **FullStack** | Last 4 digits of account number    **9751** | $675.00 |

Nonpriority Creditor's Name
**PO Box 1047**
**Iowa City, IA 52244**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

Debtor 1   **David I Widerhorn**

Case number (if know)

---

| 4.4 8 | **Futures Industry Association** | Last 4 digits of account number | 5232 | $6,350.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2001 Pennsylvania Avenue NW**
**Suite 600**
**Washington, DC 20006**

When was the debt incurred?   **2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

| 4.4 9 | **Gould & Ratner** | Last 4 digits of account number | 3350 | $2,260.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**222 N LaSalle St**
**Suite 800**
**Chicago, IL 60601**

When was the debt incurred?   **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

| 4.5 0 | **Hardt, Stern & Kayne, P.C.** | Last 4 digits of account number | 400M | $3,299.12 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2610 Lake Cook Rd**
**Suite 200**
**Riverwoods, IL 60015**

When was the debt incurred?   **2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply

- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

Debtor 1  **David I Widerhorn**

Case number (if know) _____

---

| 4.5 1 | **Hardt, Stern & Kayne, P.C.** | | Last 4 digits of account number | **100M** | | | $1,371.49 |

Nonpriority Creditor's Name

**2610 Lake Cook Rd**
**Suite 200**
**Riverwoods, IL 60015**

Number Street City State Zip Code

When was the debt incurred?   **2017**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Company obligation of Quantamine Capital, LLC.**

---

| 4.5 2 | **Hardt, Stern & Kayne, P.C.** | | Last 4 digits of account number | **401M** | | | $3,804.81 |

Nonpriority Creditor's Name

**2610 Lake Cook Rd**
**Suite 200**
**Riverwoods, IL 60015**

Number Street City State Zip Code

When was the debt incurred?   **2017**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

| 4.5 3 | **Igor Zaydlin** | | Last 4 digits of account number | | | | **Unknown** |

Nonpriority Creditor's Name

**1161 Greenwood Ave**
**Deerfield, IL 60015**

Number Street City State Zip Code

When was the debt incurred?   _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

Debtor 1   **David I Widerhorn** _____   Case number (if know) _____

---

| 4.5 4 | **Ilan Hausner** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**5510 Park Avenue**
**West New York, NJ 07093**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

| 4.5 5 | **Jae Deok Kim** | | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**73 S Oxford St**
**Brooklyn, NY 11217**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred? **2015**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Investor in NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

| 4.5 6 | **Jawahar J Panchal** | | Last 4 digits of account number _____ | **$8,000.00** |

Nonpriority Creditor's Name
**71 E Division St**
**Apt 903**
**Chicago, IL 60610**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred? **2016**

As of the date you file, the claim is: Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

Debtor 1   **David I Widerhorn**
_____   Case number _(if know)_ _____

| 4.5 7 | **Jeff Gambera** | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name

**15559 Sterling Heights Drive**
**Brookings, OR 97415**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

| 4.5 8 | **Jerry Leterman** | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name

**625 Deerfield Rd**
**Apt 207**
**Deerfield, IL 60015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

| 4.5 9 | **John Burns** | | Last 4 digits of account number _____ | | Unknown |

Nonpriority Creditor's Name

**1204 Emerald Dr**
**Lemont, IL 60439**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** **2017**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Investor in NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1   **David I Widerhorn** _____   Case number (if know) _____

---

4.6
0

**Joseph R Pensinger**
Nonpriority Creditor's Name
**345 Forest Rd**
**Hinsdale, IL 60521**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?     **2017**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor in NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

4.6
1

**Jukka Ketonen**
Nonpriority Creditor's Name
**1903 W Grace St**
**Chicago, IL 60613**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?     **2016**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor in NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

4.6
2

**Jukka Ketonen**
Nonpriority Creditor's Name
**1903 W Grace St**
**Chicago, IL 60613**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?     **2017**

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor in Jaya Laxmi Capital, LLC with potential claims against debtor.**

---

Debtor 1    **David I Widerhorn**

Case number *(if know)*

---

**4.6 3**

**Justin Waggoner**
Nonpriority Creditor's Name
**1515 N Mohawk St #1**
**Chicago, IL 60610**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Investor in NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

**4.6 4**

**Katherine Bauer**
Nonpriority Creditor's Name
**2800 N Lake Shore Dr #2407**
**Chicago, IL 60657**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with prior unsettled claims against debtor.**

---

**4.6 5**

**Kathleen Devine**
Nonpriority Creditor's Name
**224 Woodstock Ave**
**Clarendon Hills, IL 60514**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2015**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Investor in NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

Debtor 1    **David I Widerhorn**                                    Case number (if know)

---

| 4.6<br>6 | **Kevin Kim** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**192 Water St**
**Apt 1W**
**Brooklyn, NY 11201**

When was the debt incurred?    **2017**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Investor in NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

| 4.6<br>7 | **Law Offices of Joel Cardis, LLC** | Last 4 digits of account number    **2419** | **$520.00** |

Nonpriority Creditor's Name
**2006 Swede Rd, Suite 100**
**E. Norriton, PA 19401**

When was the debt incurred?    **12/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal obligation of debtor for unpaid hospital bill.**

---

| 4.6<br>8 | **Lea Sullivan Shea & Smith LLP** | Last 4 digits of account number _____ | **$39,182.50** |

Nonpriority Creditor's Name
**224 N Desplaines St**
**Suite 250**
**Chicago, IL 60661**

When was the debt incurred?    **2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

☑ No

☐ Yes

■ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc for legal services rendered.**

---

Debtor 1   **David I Widerhorn**
_____   Case number (if know) _____

| 4.6 9 | **Lee Patrick** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**1540 N Claremont Ave #3E**
**Chicago, IL 60613**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

| 4.7 0 | **Lightower Fiber Networks** | Last 4 digits of account number  3411 | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**80 Central Street**
**Boxborough, MA 01719**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?  2015

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc, defaulted with potential early termination fees.**

---

| 4.7 1 | **Lindsey Geannopulos** | Last 4 digits of account number _____ | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**222 N Columbus Dr**
**#1609**
**Chicago, IL 60601**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with potential unsettled claims against debtor.**

Debtor 1    **David I Widerhorn** _____     Case number *(if know)* _____

---

**4.7
2**

| **Ludi Rehak** | | **Unknown** |
|---|---|---|

Nonpriority Creditor's Name

**765 N Rengstorff Ave
Apt 17
Mountain View, CA 94043**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with potential unsettled claims against debtor.**

---

**4.7
3**

| **Marjorie M Whittemore Rvc Trust** | | **Unknown** |
|---|---|---|

Nonpriority Creditor's Name

**28320 Grank Duke Dr
Farmington Hills, MI 48334**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Investor in NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

**4.7
4**

| **Mark Petersen** | | **Unknown** |
|---|---|---|

Nonpriority Creditor's Name

**1481 Indian Grass Ln
Grayslake, IL 60030**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with potential unsettled claims against debtor.**

---

Debtor 1   **David I Widerhorn**                                                    Case number (if know) _____

---

| 4.7 5 | **Matthew Wilson** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**4327 N Claremont Ave**
**Chicago, IL 60618**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with potential unsettled claims against debtor.**

---

| 4.7 6 | **Melamed & Associates** | Last 4 digits of account number _____ | **$115,384.61** |

Nonpriority Creditor's Name

**30 S Wacker Dr #1625**
**Chicago, IL 60606**

When was the debt incurred?   **2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

| 4.7 7 | **Menlo Land & Capital V, LLC** | Last 4 digits of account number _____ | **$20,140.22** |

Nonpriority Creditor's Name

**2390 El Camino Real**
**Suite 210**
**Palo Alto, CA 94306**

When was the debt incurred?   **2016**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

As of the date you file, the claim is: Check all that apply

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

■ Disputed

☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **David I Widerhorn**

Case number (if know) _____

---

| 4.7 8 | | | |

**Michael Menard**
Nonpriority Creditor's Name

**32 Conshohocken State Road Apt D1**

**Bala Cynwyd, PA 19004**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?**    **2015**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Investor in NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

| 4.7 9 | | | |

**Michelle Fowler**
Nonpriority Creditor's Name

**925 W Lakeside Pl**

**Apt 1E**

**Chicago, IL 60640**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with potential unsettled claims against debtor.**

---

Debtor 1   **David I Widerhorn**      Case number *(if know)*

---

**4.8 0**

**Michigan Avenue Internists**
Nonpriority Creditor's Name
**200 S Michigan Ave**
**Suite 805**
**Chicago, IL 60604**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number   **8048**          **$20.00**

When was the debt incurred?   **2017**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Personal obligation of debtor for medical services rendered.**

---

**4.8 1**

**Nevin Liber**
Nonpriority Creditor's Name
**1019 Crabtree Lane**
**Libertyville, IL 60048**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number          **Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with potential unsettled claims against debtor.**

---

**4.8 2**

**Nicolas Gourguechon Photography**
Nonpriority Creditor's Name
**1935 N Fairfield Ave**
**#303**
**Chicago, IL 60647**
Number Street City State Zip Code
Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

Last 4 digits of account number          **$850.00**

When was the debt incurred?   **2016**

As of the date you file, the claim is: Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

Debtor 1   **David I Widerhorn**                                                                      Case number *(if know)*

---

| 4.8 3 | **Nixon Peabody LLP** | Last 4 digits of account number | 6132 | $98,916.18 |

Nonpriority Creditor's Name

**70 West Madison St**
**Suite 3500**
**Chicago, IL 60602-4224**

Number Street City State Zip Code

When was the debt incurred?   **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans

Is the claim subject to offset?

- [x] No
- [ ] Yes

- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Joint corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc and personal obligation of debtor for legal services rendered.**

---

| 4.8 4 | **Northwestern Medicine** | Last 4 digits of account number | 1358 | $156.00 |

Nonpriority Creditor's Name

**28155 Network Place**
**Chicago, IL 60673-1281**

Number Street City State Zip Code

When was the debt incurred?   **2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans

Is the claim subject to offset?

- [x] No
- [ ] Yes

- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Personal obligation of debtor for medical services rendered.**

---

| 4.8 5 | **ORBA** | Last 4 digits of account number | | $12,000.00 |

Nonpriority Creditor's Name

**455 N Cityfront Plaza Dr**
**Chicago, IL 60611-5313**

Number Street City State Zip Code

When was the debt incurred?   **2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [x] **Check if this claim is for a community debt**

- [x] Contingent
- [ ] Unliquidated
- [x] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans

Is the claim subject to offset?

- [x] No
- [ ] Yes

- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

Debtor 1    **David I Widerhorn**                                                      Case number (if know) _____

---

**4.8**
**6**

**Overwell Harvest Limited**                    Last 4 digits of account number    **6086**                          **$3,500,107.38**
Nonpriority Creditor's Name
**83 Repulse Bay Road**                          When was the debt incurred?        **2015**
**Repulse Bay, Hong Kong**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                  ■ Contingent
☐ Debtor 2 only                                  ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**     ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                                      **Ongoing litigation regarding NS Liquidation**
                                                 ■ Other. Specify  **Corp. f/k/a Neurensic, Inc.**
☐ Yes

---

**4.8**
**7**

**pair Networks, Inc.**                          Last 4 digits of account number    **2544**                              **$124.58**
Nonpriority Creditor's Name
**2403 Sidney St #210**                          When was the debt incurred?        **2016**
**Pittsburgh, PA 15203**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**     ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                                      **Charges incurred personally by debtor for**
                                                                      **network hosting services related to prior**
☐ Yes                                            ■ Other. Specify  **business**

---

**4.8**
**8**

**Pawan Deedwaniya**                             Last 4 digits of account number                                         **Unknown**
Nonpriority Creditor's Name
**25 Murray St**                                 When was the debt incurred?        **2015**
**#10B**
**New York, NY 10007**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                  ■ Contingent
☐ Debtor 2 only                                  ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ■ Disputed
■ At least one of the debtors and another        Type of NONPRIORITY unsecured claim:
**☐ Check if this claim is for a community**     ☐ Student loans
**debt**                                         ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                                      **Investor in NS Liquidation Corp. f/k/a**
                                                                      **Neurensic, Inc with potential claims against**
☐ Yes                                            ■ Other. Specify  **debtor.**

---

Debtor 1    **David I Widerhorn**

Case number (if know)

---

**4.89**

**Perkins+Will**

Nonpriority Creditor's Name

**410 N Michigan Ave**
**Suite 1600**
**Chicago, IL 60611**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **7546**                    **$3,500.00**

When was the debt incurred?    **2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

**4.90**

**Professional Account Management**

Nonpriority Creditor's Name

**PO Box 391**
**Milwaukee, WI 53201-0391**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **8631**                    **$0.00**

When was the debt incurred?    **2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Personal collection against debtor for Village of Schaumburg parking ticket.**

---

**4.91**

**Quiota LLC**

Nonpriority Creditor's Name

**1522 N LaSalle Dr #1**
**Chicago, IL 60610**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0163**                    **$19,350.00**

When was the debt incurred?    **2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

Debtor 1    **David I Widerhorn**

Case number (if know) _____

---

**4.9 2**

**Raakhee Miller**
Nonpriority Creditor's Name
**15 Broad Street #702**
**New York, NY 10005**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with potential unsettled claims against debtor.**

---

**4.9 3**

**Ralph Patrick Saul**
Nonpriority Creditor's Name
**3726 Newport Way Dr**
**Waterford, MI 48329**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Investor in NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

**4.9 4**

**Receivable Management Services**
Nonpriority Creditor's Name
**1250 E Diehl Road, Ste 300**
**Naperville, IL 60563**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **8241**    **$0.00**

When was the debt incurred?    **2016**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc., currently in joint personal and corporate collection.**

---

Debtor 1   **David I Widerhorn**

Case number (if know) _____

---

**4.9 5**

**Richard Salute**

Nonpriority Creditor's Name

**7 Lori Ct**
**Woodbury, NY 11797**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____   **Unknown**

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Investor in NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

**4.9 6**

**Roy Talman & Associates**

Nonpriority Creditor's Name

**150 South Wacker Drive**
**Suite 1300**
**Chicago, IL 60606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **7923**   **$52,000.00**

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Litigation against NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

**4.9 7**

**Salesforce.com Inc.**

Nonpriority Creditor's Name

**One Market St**
**Suite 300**
**San Francisco, CA 94105**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **Unknown**   **$14,777.10**

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

Debtor 1  **David I Widerhorn**

Case number (if know) _____

---

| 4.9 8 | **Sanjay Vohra** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**420 W Grand Ave**
**Unit 2D**
**Chicago, IL 60654**

When was the debt incurred?    **2015**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Investor in NS Liquidation Corp. f/k/a Neuronsic, Inc with potential claims against debtor.**

---

| 4.9 9 | **Saturn Holdings, LLC, Series 2** | Last 4 digits of account number _____ | **$22,833.34** |

Nonpriority Creditor's Name

**6829 Glen Meadow Drive**
**Fort Worth, TX 76132**

When was the debt incurred?    **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Debtor personally guaranteed corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc. Corporation defaulted leaving debtor wholly personal liable and under ongoing collection action.**

---

Debtor 1    **David I Widerhorn**

Case number (if know)

---

| 4.1 00 | **Shams, Rodriguez, & Mozwecz, PC** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**150 N Michigan Ave, 8th Flr**
**Chicago, IL 60601**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?    **2014**

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Potential personal liability of debtor for past legal bills for various projects and business entities**

---

| 4.1 01 | **Shikshya Khatiwada** | Last 4 digits of account number | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**217 Newark Avenue #101**
**Jersey City, NJ 07302**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with potential unsettled claims against debtor.**

---

| 4.1 02 | **Standard Parking** | Last 4 digits of account number | **Unknown** | **$3,420.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Garage Office**
**440 S Lasalle St**
**Chicago, IL 60605**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred?    **2017**

As of the date you file, the claim is: Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

Debtor 1    **David I Widerhorn**                                                    Case number (if know) _____

| 4.1 03 | **Stephen Kansky** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**2 Castlehill Dr**
**Marlboro, NJ 07746**

Number Street City State Zip Code

**When was the debt incurred?**    **2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Investor in NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

| 4.1 04 | **Studio Z Investments** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**1551 Penstemon Ct**
**Grayslake, IL 60030**

Number Street City State Zip Code

**When was the debt incurred?**    **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Investor in NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

| 4.1 05 | **Synchrony Bank** | Last 4 digits of account number  **1494** | **$4,549.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**
**PO Box 965061**
**Orlando, FL 32896-5061**

Number Street City State Zip Code

**When was the debt incurred?**    **2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Personal credit card (joint account w/Christina Sui)**

---

Debtor 1    **David I Widerhorn**    Case number (if know) _____

---

| 4.1<br>06 | **T-Mobile Bankruptcy Team** | Last 4 digits of account number    **6249** | **Unknown** |

Nonpriority Creditor's Name
**PO Box 53410**
**Bellevue, WA 98015-3410**
Number City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Open balance on debtor's recently terminated cell phone service**

---

| 4.1<br>07 | **Telvent DTN** | Last 4 digits of account number _____ | **$15,500.00** |

Nonpriority Creditor's Name
**9110 West Dodge Road**
**Suite 200**
**Omaha, NE 68114**
Number Street City State Zip Code

When was the debt incurred?    **2016**

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc**

---

| 4.1<br>08 | **Thomas Rodgers** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**2048 W Farwell Ave**
**Unit 2W**
**Chicago, IL 60645**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with potential unsettled claims against debtor.**

---

Debtor 1   **David I Widerhorn**

Case number (if know) _____

| 4.1<br>09 | | | |
|---|---|---|---|
| | **Thompson Coburn LLP** | Last 4 digits of account number   **1910** | **$50,814.74** |
| | Nonpriority Creditor's Name | | |
| | **55 E Monroe Street** | When was the debt incurred?   **2016** | |
| | **37th Floor** | | |
| | **Chicago, IL 60603** | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc for legal services rendered.**

---

| 4.1<br>10 | | | |
|---|---|---|---|
| | **Village of Schaumburg** | Last 4 digits of account number   _____ | **$250.00** |
| | Nonpriority Creditor's Name | | |
| | **101 Schaumburg Court** | When was the debt incurred?   _____ | |
| | **Schaumburg, IL 60193** | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Parking Ticket**

---

| 4.1<br>11 | | | |
|---|---|---|---|
| | **Weili He** | Last 4 digits of account number   _____ | **Unknown** |
| | Nonpriority Creditor's Name | | |
| | **1317 N Sutton Pl** | When was the debt incurred?   **2016** | |
| | **Chicago, IL 60610** | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Investor in NS Liquidation Corp. f/k/a Neurensic, Inc with potential claims against debtor.**

---

Debtor 1   **David I Widerhorn**                                                   Case number (if know) _____

| 4.1 12 | **YeeMan Bergstrom** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**1255 S Michigan Ave**
**Apt PH7**
**Chicago, IL 60605**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Former employee of NS Liquidation Corp. f/k/a Neurensic, Inc with potential unsettled claims against debtor.**

---

| 4.1 13 | **Zachary Watts** | Last 4 digits of account number _____ | **$53,593.55** |

Nonpriority Creditor's Name
**630 N State St**
**Apt 2609**
**Chicago, IL 60654**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Corporate obligation of NS Liquidation Corp. f/k/a Neurensic, Inc.**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address **Bank of America** PO Box 982238 El Paso, TX 79998 | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.13** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **5294** |

| Name and Address **Bank of America** Amend BK Notice  FL 1-908-01-50 4909 Savarese Circle Tampa, FL 33634 | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.13** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **5294** |

| Name and Address **Bank of America** PO Box 982238 El Paso, TX 79998 | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.14** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims |

---

Debtor 1   **David I Widerhorn**                                                     Case number (if know)

Last 4 digits of account number

| | |
|---|---|
| Name and Address<br>**Bank of America**<br>**Amend BK Notice  FL 1-908-01-50**<br>**4909 Savarese Circle**<br>**Tampa, FL 33634** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Becket & Lee LLP**<br>**PO Box 3001**<br>**Malvern, PA 19355** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.6** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **1002** |

| | |
|---|---|
| Name and Address<br>**Becket & Lee LLP**<br>**PO Box 3001**<br>**Malvern, PA 19355** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **1005** |

| | |
|---|---|
| Name and Address<br>**Becket & Lee LLP**<br>**PO Box 3001**<br>**Malvern, PA 19355** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **1007** |

| | |
|---|---|
| Name and Address<br>**Cedar Financial**<br>**24009 Ventura Blvd**<br>**Suite 200**<br>**Calabasas, CA 91302** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **5040** |

| | |
|---|---|
| Name and Address<br>**Central Credit Services LLC**<br>**PO Box 357**<br>**Ramsey, NJ 07446** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.6** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **1002** |

| | |
|---|---|
| Name and Address<br>**Central Credit Services LLC**<br>**PO Box 357**<br>**Ramsey, NJ 07446** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.7** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **1005** |

| | |
|---|---|
| Name and Address<br>**Central Credit Services LLC**<br>**PO Box 357**<br>**Ramsey, NJ 07446** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **1007** |

| | |
|---|---|
| Name and Address<br>**Charlotte Gilmore Exempt Fmly**<br>**Trust**<br>**C/U John F Gilmore Jr Dec Tr 2/11/1**<br>**7032 SE Harbor Cir**<br>**Stuart, FL 34996** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.24** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Christopher D Gilmore**<br>**8 Longwood Dr**<br>**Burr Ridge, IL 60527** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.17** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| | |
|---|---|
| Name and Address<br>**Citi** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.25** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims |

Debtor 1   **David I Widerhorn**                                    Case number (if know)

PO Box 6241
Sioux Falls, SD 57117                                   ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                                **0876**

---

Name and Address
**Citi**
**PO Box 6241**
**Sioux Falls, SD 57117**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.26** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Citi**
**PO Box 6241**
**Sioux Falls, SD 57117**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.27** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Citi**
**PO Box 6241**
**Sioux Falls, SD 57117**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.28** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Fox Rothschild LLP**
**353 N Clark St, Suite 3650**
**Chicago, IL 60654**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.86** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                                **2595**

---

Name and Address
**Karen Gleason & Associates**
**505 N Lake Shore Dr #6507**
**Chicago, IL 60611**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.31** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Law Offices of Christopher Enger**
**5740 Winona Avenue**
**Saint Louis, MO 63109**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.69** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Law Offices of Michael W. Black LLC**
**150 S Wacker Dr #2400**
**Chicago, IL 60606**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                                **0177**

---

Name and Address
**Lichtman Eisen Partners, Ltd.**
**222 N LaSalle St, Suite 300**
**Chicago, IL 60601**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                                **0177**

---

Name and Address
**NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.46** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                          **INDEMNIFICATION**

---

Name and Address
**Receivable Management Services**
**1250 E Diehl Road, Ste 300**
**Naperville, IL 60563**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.107** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Robert A Boron, Ltd**
**33 N LaSalle Street, Ste 3200**
**Chicago, IL 60602**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1   **David I Widerhorn**                                                      Case number *(if know)* _____

| | Last 4 digits of account number | |
|---|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Robinson & Schwartz, LLC**<br>**209 S LaSalle St, 7th Flr**<br>**Chicago, IL 60604** | Line **4.98** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Sweeney & Scharkey LLC**<br>**111 W Washington St**<br>**Suite 1160**<br>**Chicago, IL 60602** | Line **4.86** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Synchrony Bank**<br>**PO Box 965036**<br>**Orlando, FL 32896** | Line **4.105** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number  **1494** | |

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | **0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | **0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | **0.00** |

| | | | | | Total Claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | **5,865,735.25** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **5,865,735.25** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **David I Widerhorn** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Apple**<br>**1 Infinite Loop**<br>**Cupertino, CA 95014** | **Apple mobile app store recurring app subscriptions and Apple care for mobile device** |
| 2.2 | **Bentley Motors, Inc.**<br>**2003 Edmund Halley Drive, Suite 300**<br>**Reston, VA 20191** | **Extended warranty agreement from Bentley factory, platinum contract covers wheels, tires, dents, windshield, keys** |
| 2.3 | **Blue Cross Blue Shield of Illinois**<br>**300 East Randolph St**<br>**Chicago, IL 60601** | **Individual health insurance policy for debtor** |
| 2.4 | **Chubb Personal Risk Services**<br>**PO Box 7247-0180**<br>**Philadelphia, PA 19170** | **Renter's insurance with Chubb Insurance for property at 916 Harvard Ln, Wilmette, IL 60091. Account # 3520 8849 6252 001P, Policy # 14632053-01.**<br><br>**Agent: Woodman Cison & Associates, LLC** |
| 2.5 | **Comcast**<br>**PO Box 3005**<br>**Southeastern, PA 19398-3005** | **Contract for residential cable, internet, home security and phone services at 250 W Scott St, Apt D, Chicago, IL 60610** |
| 2.6 | **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197-6111** | **Contract for residential electricity at 250 W Scott St, Apt D, Chicago, IL 60610** |
| 2.7 | **Costco**<br>**999 Lake Dr**<br>**Issaquah, WA 98029** | **Costco business executive annual membership (in the name of AlgoLab Holdings, LLC, but paid personally)** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **David I Widerhorn** | | Case number *(if known)* | |

 **Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.8 **Doctors Without Borders**<br>333 7th Avenue, 2nd Floor<br>New York, NY 10001 | **Monthly charitable donation agreement ($20/mo)** |
| 2.9 **Dropbox Inc.**<br>185 Berry St, Suite 400<br>San Francisco, CA 94107 | **Annual fee for cloud data storage** |
| 2.10 **Experian**<br>PO Box 9530<br>Allen, TX 75013 | **Credit monitoring agreement paid monthly** |
| 2.11 **Figo Pet Insurance**<br>223 W Erie St<br>Chicago, IL 60654 | **Pet health insurance policy for dog** |
| 2.12 **HealthSmart**<br>2565 Shermer Rd<br>Northbrook, IL 60062 | **Annual contract for chiropractic treatment** |
| 2.13 **Hulu**<br>12312 W Olympic Blvd<br>Los Angeles, CA 90064 | **Service agreement with monthly charge for streaming TV services** |
| 2.14 **JetSmarter Inc.**<br>500 East Broward Blvd, Suite 1900<br>Fort Lauderdale, FL 33394 | **Annual flight membership program** |
| 2.15 **MassMutual Chicago**<br>One North Franklin St, Suite 2470<br>Chicago, IL 60606 | **Whole Life Legacy 10 Pay life insurance policy #21366196, Radius Base disability insurance policy #8801497** |
| 2.16 **National Product Care Company**<br>175 West Jackson Blvd<br>Chicago, IL 60604 | **3-yr screen protection plan on Samsung TV from TWG** |
| 2.17 **National Rifle Association**<br>11250 Waples Mill Road<br>Fairfax, VA 22030 | **5-yr membership agreement, paid in full** |
| 2.18 **pair Networks, Inc.**<br>2403 Sidney St #210<br>Pittsburgh, PA 15203 | **Web hosting services for prior business** |
| 2.19 **PalmLeaf Massage Clinic**<br>355 W Dundee Rd, Suite 110<br>Buffalo Grove, IL 60089 | **6-pack massage therapy agreement (2 massages remaining)** |
| 2.20 **Peoples Energy**<br>130 E Randolph St, Flr 2400<br>Chicago, IL 60601 | **Utility gas services contract at 250 W Scott St, Apt D, Chicago, IL 60610** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **David I Widerhorn**    Case number *(if known)*

---

## Additional Page if You Have More Contracts or Leases

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.21 **Pets Best Insurance**<br>**2323 S Vista Ave**<br>**Boise, ID 83705** | **Pet insurance for girlfriend's dog** |
| 2.22 **River North Hand Car Wash**<br>**356 W Superior St**<br>**Chicago, IL 60654** | **Annual contract for unlimited car washes** |
| 2.23 **Semersky Enterprises Inc.**<br>**2300 Skokie Valley Rd**<br>**Highland Park, IL 60035** | **Purchase agreement for new vehicle custom order with $10,000 deposit, scheduled to be delivered in January.** |
| 2.24 **Spotify USA Inc**<br>**45 W 18th Street, 7th Flr**<br>**New York, NY 10011** | **Subscription for streaming music service** |
| 2.25 **T-Mobile Bankruptcy Team**<br>**PO Box 53410**<br>**Bellevue, WA 98015-3410** | **Cell phone service agreement account 917016249** |
| 2.26 **TAG Properties**<br>**2626 Kenilworth Ave**<br>**Wilmette, IL 60091** | **Residential lease for property at 916 Harvard Ln, which is primary residence of debtor and debtor's fiancee (who is a co-signer on the lease)** |
| 2.27 **Tarmo LLC**<br>**PO Box 11355**<br>**West Palm Beach, FL 33419** | **WorryNoMore area rug service contract plan (7-yr plan)** |
| 2.28 **The Art of Shaving, LLC**<br>**1301 NW 84th Avenue, Suite 101**<br>**Miami, FL 33126** | **Quarterly shaving supply shipment agreement** |
| 2.29 **The Dump**<br>**2860 S Highland Ave**<br>**Wayne, IL 60184** | **5-yr protection plan contract for area rugs** |
| 2.30 **The UPS Store**<br>**1189 Wilmette Ave**<br>**Wilmette, IL 60091** | **Services contract for mailboxes rented** |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David I Widerhorn** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an
    amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Christina Sui**<br>**916 Harvard Ln**<br>**Wilmette, IL 60091** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**Citi** |
| 3.2 | **Christina Sui**<br>**916 Harvard Ln**<br>**Wilmette, IL 60091** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.105__<br>☐ Schedule G _____<br>**Synchrony Bank** |
| 3.3 | **Daniel Zurakov**<br>**1232 N Noble St**<br>**Chicago, IL 60622** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G _____<br>**AMP Global Clearing** |

| Debtor 1 | **David I Widerhorn** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.4 **David Widerhorn Consulting, LLC**
**141 W Jackson Blvd, Suite 1692**
**Chicago, IL 60604**

☐ Schedule D, line _____
■ Schedule E/F, line __4.100__
☐ Schedule G _____
**Shams, Rodriguez, & Mozwecz, PC**

3.5 **David Widerhorn Consulting, LLC**
**141 W Jackson Blvd, Suite 1692**
**Chicago, IL 60604**

☐ Schedule D, line _____
■ Schedule E/F, line __4.87__
☐ Schedule G _____
**pair Networks, Inc.**

3.6 **Eff It Holdings, LLC**
**121 W Wacker Dr, Suite 2400**
**Chicago, IL 60601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.100__
☐ Schedule G _____
**Shams, Rodriguez, & Mozwecz, PC**

3.7 **Eff The Street, LLC**
**121 W Wacker Dr, Suite 2400**
**Chicago, IL 60601**

☐ Schedule D, line _____
■ Schedule E/F, line __4.100__
☐ Schedule G _____
**Shams, Rodriguez, & Mozwecz, PC**

3.8 **Jaya Laxmi Capital, LLC**
**1189 Wilmette Ave #106**
**Wilmette, IL 60091**

☐ Schedule D, line _____
■ Schedule E/F, line __4.62__
☐ Schedule G _____
**Jukka Ketonen**

3.9 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __4.31__
☐ Schedule G _____
**CME Group**

3.10 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __4.1__
☐ Schedule G _____
**2.0 Compliance AI Inv, LLC**

| Debtor 1 | **David I Widerhorn** | Case number *(if known)* | |
|---|---|---|---|

▉ **Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.11 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.2___
☐ Schedule G _____
**3.0 Compliance AI Inv, LLC**

---

3.12 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.4___
☐ Schedule G _____
**ADP**

---

3.13 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.10___
☐ Schedule G _____
**Aplomb Strategies**

---

3.14 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.16___
☐ Schedule G _____
**CBRE, Inc.**

---

3.15 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.17___
☐ Schedule G _____
**Charlotte Gilmore Exempt Fmly Trust**

---

3.16 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.22___
☐ Schedule G _____
**Chicago BT Property, LLC**

---

3.17 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.23___
☐ Schedule G _____
**Chicago BT Property, LLC**

---

| Debtor 1 | **David I Widerhorn** | Case number *(if known)* |
|---|---|---|

---

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.18 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.24___
☐ Schedule G _____
**Christopher D Gilmore**

---

3.19 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.28___
☐ Schedule G _____
**Citi**

---

3.20 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.30___
☐ Schedule G _____
**CMC**

---

3.21 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.33___
☐ Schedule G _____
**Comcast**

---

3.22 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.34___
☐ Schedule G _____
**ComEd**

---

3.23 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.35___
☐ Schedule G _____
**Compliance AI Inv, LLC**

---

3.24 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.36___
☐ Schedule G _____
**Conversus Group LLC**

---

| Debtor 1 | **David I Widerhorn** | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.25 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.38**__
☐ Schedule G _____
**David Herrmann**

3.26 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.39**__
☐ Schedule G _____
**Devexperts Inc.**

3.27 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.42**__
☐ Schedule G _____
**Eppleton IT Consulting**

3.28 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.41**__
☐ Schedule G _____
**Environmental Systems Design, Inc.**

3.29 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.45**__
☐ Schedule G _____
**Fitness Formula Clubs**

3.30 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.47**__
☐ Schedule G _____
**FullStack**

3.31 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.48**__
☐ Schedule G _____
**Futures Industry Association**

Debtor 1   **David I Widerhorn**          Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.32  **NS Liquidation Corp f/k/a Neurensic** <br> 1189 Wilmette Ave #215 <br> Wilmette, IL 60091-2719 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.49**___ <br> ☐ Schedule G _____ <br> **Gould & Ratner** |
| 3.33  **NS Liquidation Corp f/k/a Neurensic** <br> 1189 Wilmette Ave #215 <br> Wilmette, IL 60091-2719 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.50**___ <br> ☐ Schedule G _____ <br> **Hardt, Stern & Kayne, P.C.** |
| 3.34  **NS Liquidation Corp f/k/a Neurensic** <br> 1189 Wilmette Ave #215 <br> Wilmette, IL 60091-2719 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.52**___ <br> ☐ Schedule G _____ <br> **Hardt, Stern & Kayne, P.C.** |
| 3.35  **NS Liquidation Corp f/k/a Neurensic** <br> 1189 Wilmette Ave #215 <br> Wilmette, IL 60091-2719 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.55**___ <br> ☐ Schedule G _____ <br> **Jae Deok Kim** |
| 3.36  **NS Liquidation Corp f/k/a Neurensic** <br> 1189 Wilmette Ave #215 <br> Wilmette, IL 60091-2719 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.56**___ <br> ☐ Schedule G _____ <br> **Jawahar J Panchal** |
| 3.37  **NS Liquidation Corp f/k/a Neurensic** <br> 1189 Wilmette Ave #215 <br> Wilmette, IL 60091-2719 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.59**___ <br> ☐ Schedule G _____ <br> **John Burns** |
| 3.38  **NS Liquidation Corp f/k/a Neurensic** <br> 1189 Wilmette Ave #215 <br> Wilmette, IL 60091-2719 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___**4.60**___ <br> ☐ Schedule G _____ <br> **Joseph R Pensinger** |

| Debtor 1 | **David I Widerhorn** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.39 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __4.61__
☐ Schedule G _____
**Jukka Ketonen**

---

3.40 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __4.63__
☐ Schedule G _____
**Justin Waggoner**

---

3.41 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __4.65__
☐ Schedule G _____
**Kathleen Devine**

---

3.42 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __4.66__
☐ Schedule G _____
**Kevin Kim**

---

3.43 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __4.68__
☐ Schedule G _____
**Lea Sullivan Shea & Smith LLP**

---

3.44 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __4.70__
☐ Schedule G _____
**Lightower Fiber Networks**

---

3.45 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __4.76__
☐ Schedule G _____
**Melamed & Associates**

| Debtor 1 | **David I Widerhorn** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.46 **NS Liquidation Corp f/k/a Neurensic**<br>**1189 Wilmette Ave #215**<br>**Wilmette, IL 60091-2719** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.77___<br>☐ Schedule G _____<br>**Menlo Land & Capital V, LLC** |
| 3.47 **NS Liquidation Corp f/k/a Neurensic**<br>**1189 Wilmette Ave #215**<br>**Wilmette, IL 60091-2719** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.78___<br>☐ Schedule G _____<br>**Michael Menard** |
| 3.48 **NS Liquidation Corp f/k/a Neurensic**<br>**1189 Wilmette Ave #215**<br>**Wilmette, IL 60091-2719** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.82___<br>☐ Schedule G _____<br>**Nicolas Gourguechon Photography** |
| 3.49 **NS Liquidation Corp f/k/a Neurensic**<br>**1189 Wilmette Ave #215**<br>**Wilmette, IL 60091-2719** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.83___<br>☐ Schedule G _____<br>**Nixon Peabody LLP** |
| 3.50 **NS Liquidation Corp f/k/a Neurensic**<br>**1189 Wilmette Ave #215**<br>**Wilmette, IL 60091-2719** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.85___<br>☐ Schedule G _____<br>**ORBA** |
| 3.51 **NS Liquidation Corp f/k/a Neurensic**<br>**1189 Wilmette Ave #215**<br>**Wilmette, IL 60091-2719** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.86___<br>☐ Schedule G _____<br>**Overwell Harvest Limited** |
| 3.52 **NS Liquidation Corp f/k/a Neurensic**<br>**1189 Wilmette Ave #215**<br>**Wilmette, IL 60091-2719** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.88___<br>☐ Schedule G _____<br>**Pawan Deedwaniya** |

| Debtor 1 | **David I Widerhorn** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.53 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __4.89__
☐ Schedule G _____
**Perkins+Will**

3.54 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __4.91__
☐ Schedule G _____
**Quiota LLC**

3.55 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __4.93__
☐ Schedule G _____
**Ralph Patrick Saul**

3.56 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __4.94__
☐ Schedule G _____
**Receivable Management Services**

3.57 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __4.95__
☐ Schedule G _____
**Richard Salute**

3.58 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __4.96__
☐ Schedule G _____
**Roy Talman & Associates**

3.59 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line __4.97__
☐ Schedule G _____
**Salesforce.com Inc.**

| Debtor 1 | **David I Widerhorn** | Case number *(if known)* |
|---|---|---|

---

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.60 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.98___
☐ Schedule G _____
**Sanjay Vohra**

---

3.61 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.99___
☐ Schedule G _____
**Saturn Holdings, LLC, Series 2**

---

3.62 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.102___
☐ Schedule G _____
**Standard Parking**

---

3.63 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.103___
☐ Schedule G _____
**Stephen Kansky**

---

3.64 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.104___
☐ Schedule G _____
**Studio Z Investments**

---

3.65 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.73___
☐ Schedule G _____
**Marjorie M Whittemore Rvc Trust**

---

3.66 **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.109___
☐ Schedule G _____
**Thompson Coburn LLP**

---

Debtor 1   **David I Widerhorn**                                    Case number *(if known)*

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.67   **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.111**
☐ Schedule G _____
**Weili He**

---

3.68   **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.113**
☐ Schedule G _____
**Zachary Watts**

---

3.69   **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.53**
☐ Schedule G _____
**Igor Zaydlin**

---

3.70   **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.75**
☐ Schedule G _____
**Matthew Wilson**

---

3.71   **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.74**
☐ Schedule G _____
**Mark Petersen**

---

3.72   **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.71**
☐ Schedule G _____
**Lindsey Geannopulos**

---

3.73   **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.72**
☐ Schedule G _____
**Ludi Rehak**

---

| Debtor 1 | **David I Widerhorn** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.74   **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.69___
☐ Schedule G _____
**Lee Patrick**

3.75   **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.64___
☐ Schedule G _____
**Katherine Bauer**

3.76   **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.58___
☐ Schedule G _____
**Jerry Leterman**

3.77   **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.57___
☐ Schedule G _____
**Jeff Gambera**

3.78   **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.54___
☐ Schedule G _____
**Ilan Hausner**

3.79   **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.44___
☐ Schedule G _____
**Eugene Tyurin**

3.80   **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.43___
☐ Schedule G _____
**Erdem Ergin**

| Debtor 1 | **David I Widerhorn** | | Case number *(if known)* | |

---

| | **Additional Page to List More Codebtors** |
|---|---|
| | Column 1: **Your codebtor** |

| | | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.81 | **NS Liquidation Corp f/k/a Neurensic** **1189 Wilmette Ave #215** **Wilmette, IL 60091-2719** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___**4.37**___ ☐ Schedule G _____ **Daniel Hu** |
| 3.82 | **NS Liquidation Corp f/k/a Neurensic** **1189 Wilmette Ave #215** **Wilmette, IL 60091-2719** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___**4.15**___ ☐ Schedule G _____ **Carolyn Philips** |
| 3.83 | **NS Liquidation Corp f/k/a Neurensic** **1189 Wilmette Ave #215** **Wilmette, IL 60091-2719** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___**4.79**___ ☐ Schedule G _____ **Michelle Fowler** |
| 3.84 | **NS Liquidation Corp f/k/a Neurensic** **1189 Wilmette Ave #215** **Wilmette, IL 60091-2719** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___**4.81**___ ☐ Schedule G _____ **Nevin Liber** |
| 3.85 | **NS Liquidation Corp f/k/a Neurensic** **1189 Wilmette Ave #215** **Wilmette, IL 60091-2719** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___**4.92**___ ☐ Schedule G _____ **Raakhee Miller** |
| 3.86 | **NS Liquidation Corp f/k/a Neurensic** **1189 Wilmette Ave #215** **Wilmette, IL 60091-2719** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___**4.101**___ ☐ Schedule G _____ **Shikshya Khatiwada** |
| 3.87 | **NS Liquidation Corp f/k/a Neurensic** **1189 Wilmette Ave #215** **Wilmette, IL 60091-2719** | ☐ Schedule D, line _____ ■ Schedule E/F, line ___**4.108**___ ☐ Schedule G _____ **Thomas Rodgers** |

Debtor 1    **David I Widerhorn**                                             Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.88    **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.112**
☐ Schedule G _____
**YeeMan Bergstrom**

3.89    **NS Liquidation Corp f/k/a Neurensic**
**1189 Wilmette Ave #215**
**Wilmette, IL 60091-2719**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.107**
☐ Schedule G _____
**Telvent DTN**

3.90    **Numisma, LLC**
**1189 Wilmette Ave #106**
**Wilmette, IL 60091**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.20**
☐ Schedule G _____
**Chase Bank**

3.91    **Paul Giedraitis**
**939 W Winona St**
**Apt 1E**
**Chicago, IL 60640**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.20**
☐ Schedule G _____
**Chase Bank**

3.92    **Paul Giedraitis**
**939 W Winona St**
**Apt 1E**
**Chicago, IL 60640**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.46**
☐ Schedule G _____
**Fox Rothschild LLP**

3.93    **Quantamine Capital, LLC**
**1189 Wilmette Ave #106**
**Wilmette, IL 60091**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.6**
☐ Schedule G _____
**American Express**

3.94    **Quantamine Capital, LLC**
**1189 Wilmette Ave #106**
**Wilmette, IL 60091**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.51**
☐ Schedule G _____
**Hardt, Stern & Kayne, P.C.**

| Debtor 1 | **David I Widerhorn** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.95 | **AlgoLab Holdings, LLC**<br>**1189 Wilmette Ave #106**<br>**Wilmette, IL 60091-2719** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.7___<br>**Costco** |
| 3.96 | **AlgoLab Holdings, LLC**<br>**1189 Wilmette Ave #106**<br>**Wilmette, IL 60091** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.9___<br>**Dropbox Inc.** |
| 3.97 | **Christina Sui**<br>**916 Harvard Ln**<br>**Wilmette, IL 60091** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.26___<br>**TAG Properties** |
| 3.98 | **Christina Sui**<br>**916 Harvard Ln**<br>**Wilmette, IL 60091** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.4___<br>**Woodman Cison & Associates** |
| 3.99 | **Christina Sui**<br>**916 Harvard Ln**<br>**Wilmette, IL 60091** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.19___<br>**PalmLeaf Massage Clinic** |
| 3.100 | **Christina Sui**<br>**916 Harvard Ln**<br>**Wilmette, IL 60091** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.21___<br>**Pets Best Insurance** |
| 3.101 | **David Widerhorn Consulting, LLC**<br>**141 W Jackson Blvd, Suite 1692**<br>**Chicago, IL 60604** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___2.18___<br>**pair Networks, Inc.** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| Debtor 1 | **David I Widerhorn** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☐ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ David I Widerhorn** | X _____ |
|---|---|
| **David I Widerhorn** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date **December 15, 2017** | Date _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **David I Widerhorn** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:     List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **TD Auto Finance**<br><br>Description of property securing debt: **2017 Bentley Bentayga 7776 miles Vehicle in excellent condition. Purchased in May 2017. Car repossessed by creditor in December 2017.**<br><br>**VIN# SJAAC2ZV1HC015401** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]:<br>_____ | ■ No<br><br>☐ Yes |

**Part 2:     List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:     **Apple** | ☐ No<br><br>■ Yes |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor 1 | **David I Widerhorn** | Case number *(if known)* |
|---|---|---|

| | | |
|---|---|---|
| Description of leased Property: | **Apple mobile app store recurring app subscriptions and Apple care for mobile device** | |
| Lessor's name: | **Bentley Motors, Inc.** | ■ No<br>☐ Yes |
| Description of leased Property: | **Extended warranty agreement from Bentley factory, platinum contract covers wheels, tires, dents, windshield, keys** | |
| Lessor's name: | **Blue Cross Blue Shield of Illinois** | ☐ No<br>■ Yes |
| Description of leased Property: | **Individual health insurance policy for debtor** | |
| Lessor's name: | **Chubb Personal Risk Services** | ☐ No<br>■ Yes |
| Description of leased Property: | **Renter's insurance with Chubb Insurance for property at 916 Harvard Ln, Wilmette, IL 60091. Account # 3520 8849 6252 001P, Policy # 14632053-01.**<br><br>**Agent: Woodman Cison & Associates, LLC** | |
| Lessor's name: | **Comcast** | ■ No<br>☐ Yes |
| Description of leased Property: | **Contract for residential cable, internet, home security and phone services at 250 W Scott St, Apt D, Chicago, IL 60610** | |
| Lessor's name: | **ComEd** | ■ No<br>☐ Yes |
| Description of leased Property: | **Contract for residential electricity at 250 W Scott St, Apt D, Chicago, IL 60610** | |
| Lessor's name: | **Costco** | ☐ No<br>■ Yes |
| Description of leased Property: | **Costco business executive annual membership (in the name of AlgoLab Holdings, LLC, but paid personally)** | |
| Lessor's name: | **Doctors Without Borders** | ☐ No<br>■ Yes |
| Description of leased Property: | **Monthly charitable donation agreement ($20/mo)** | |
| Lessor's name: | **Dropbox Inc.** | ☐ No |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor 1 | **David I Widerhorn** | Case number *(if known)* |
|---|---|---|

☐ Yes ■

Description of leased Property: **Annual fee for cloud data storage**

Lessor's name: **Experian**                                          ☐ No

☐ Yes ■

Description of leased Property: **Credit monitoring agreement paid monthly**

Lessor's name: **Figo Pet Insurance**                                ☐ No

☐ Yes ■

Description of leased Property: **Pet health insurance policy for dog**

Lessor's name: **HealthSmart**                                       ☐ No

☐ Yes ■

Description of leased Property: **Annual contract for chiropractic treatment**

Lessor's name: **Hulu**                                              ■ No

☐ Yes

Description of leased Property: **Service agreement with monthly charge for streaming TV services**

Lessor's name: **JetSmarter Inc.**                                   ■ No

☐ Yes

Description of leased Property: **Annual flight membership program**

Lessor's name: **MassMutual Chicago**                                ☐ No

☐ Yes ■

Description of leased Property: **Whole Life Legacy 10 Pay life insurance policy #21366196, Radius Base disability insurance policy #8801497**

Lessor's name: **National Product Care Company**                     ☐ No

☐ Yes ■

Description of leased Property: **3-yr screen protection plan on Samsung TV from TWG**

Lessor's name:

Official Form 108             **Statement of Intention for Individuals Filing Under Chapter 7**                page 3

| Debtor 1 | **David I Widerhorn** | | Case number *(if known)* | |

| | **National Rifle Association** | ☐ No |
| | | ■ Yes |

| Description of leased Property: | **5-yr membership agreement, paid in full** |

| Lessor's name: | **pair Networks, Inc.** | ■ No |
| | | ☐ Yes |

| Description of leased Property: | **Web hosting services for prior business** |

| Lessor's name: | **PalmLeaf Massage Clinic** | ☐ No |
| | | ■ Yes |

| Description of leased Property: | **6-pack massage therapy agreement (2 massages remaining)** |

| Lessor's name: | **Peoples Energy** | ■ No |
| | | ☐ Yes |

| Description of leased Property: | **Utility gas services contract at 250 W Scott St, Apt D, Chicago, IL 60610** |

| Lessor's name: | **Pets Best Insurance** | ☐ No |
| | | ■ Yes |

| Description of leased Property: | **Pet insurance for girlfriend's dog** |

| Lessor's name: | **River North Hand Car Wash** | ☐ No |
| | | ■ Yes |

| Description of leased Property: | **Annual contract for unlimited car washes** |

| Lessor's name: | **Semersky Enterprises Inc.** | ■ No |
| | | ☐ Yes |

| Description of leased Property: | **Purchase agreement for new vehicle custom order with $10,000 deposit, scheduled to be delivered in January.** |

| Lessor's name: | **Spotify USA Inc** | ☐ No |
| | | ■ Yes |

| Description of leased Property: | **Subscription for streaming music service** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor 1 | **David I Widerhorn** | Case number (*if known*) |
|---|---|---|

| | | |
|---|---|---|
| Lessor's name: | **T-Mobile Bankruptcy Team** | ■ No |
| | | ☐ Yes |
| Description of leased Property: | **Cell phone service agreement account 917016249** | |
| Lessor's name: | **TAG Properties** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **Residential lease for property at 916 Harvard Ln, which is primary residence of debtor and debtor's fiancee (who is a co-signer on the lease)** | |
| Lessor's name: | **Tarmo LLC** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **WorryNoMore area rug service contract plan (7-yr plan)** | |
| Lessor's name: | **The Art of Shaving, LLC** | ■ No |
| | | ☐ Yes |
| Description of leased Property: | **Quarterly shaving supply shipment agreement** | |
| Lessor's name: | **The Dump** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **5-yr protection plan contract for area rugs** | |
| Lessor's name: | **The UPS Store** | ☐ No |
| | | ■ Yes |
| Description of leased Property: | **Services contract for mailboxes rented** | |

**Part 3:   Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

| X **/s/ David I Widerhorn** | X |
|---|---|
| **David I Widerhorn** | Signature of Debtor 2 |
| Signature of Debtor 1 | |

| Date **December 15, 2017** | Date |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

## Notice Required by 11 U.S.C. § 342(b) for
## Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

<div style="border:1px solid gray">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **David I Widerhorn**                                        Case No. _____
                                    Debtor(s)          Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept _____    $          **17,000.00**

Prior to the filing of this statement I have received _____    $          **17,000.00**

Balance Due _____    $              **0.00**

2.    The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]
    **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 15, 2017**                          **/s/ Joseph E. Cohen**
*Date*                                         **Joseph E. Cohen**
                                               *Signature of Attorney*
                                               **Cohen & Krol**
                                               **105 West Madison Street**
                                               **Suite 1100**
                                               **Chicago, IL 60602**
                                               **312-368-0300  Fax: 312-368-4559**
                                               **jcohen@cohenandkrol.com**
                                               *Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **David I Widerhorn**                                         Case No.

                                              Debtor(s)       Chapter     **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                           **273**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **December 15, 2017**               **/s/ David I Widerhorn**

                                              **David I Widerhorn**

                                              Signature of Debtor

2.0 Compliance AI Inv, LLC
2721 N Dayton St
Chicago, IL 60614


3.0 Compliance AI Inv, LLC
2721 N Dayton St
Chicago, IL 60614


ACL Laboratories
PO Box 27901
West Allis, WI 53227-0901


ADP
1851 N Resler Rd
El Paso, TX 79912


Aite Group
101 Arch Street
Suite 501
Boston, MA 02110


AlgoLab Holdings, LLC
1189 Wilmette Ave #106
Wilmette, IL 60091-2719


AlgoLab Holdings, LLC
1189 Wilmette Ave #106
Wilmette, IL 60091


American Express
PO Box 981537
El Paso, TX 79998


American Express
PO Box 981537
El Paso, TX 79998


American Express
PO Box 981537
El Paso, TX 79998


AMP Global Clearing
221 N LaSalle Dr
Chicago, IL 60601

Aplomb Strategies
230 West 55th Steet
30D
New York, NY 10019


Apple
1 Infinite Loop
Cupertino, CA 95014


Associates in Sleep Medicine, LLC
10640 W 165th St
Orland Park, IL 60467-8737


Ball Construction Pty Ltd
PO Box 3331
Bracken Ridge QLD, Australia 04017-


Bank of America
PO Box 982284
El Paso, TX 79998-2238


Bank of America
PO Box 25118
Tampa, FL 33622-5118


Bank of America
PO Box 982238
El Paso, TX 79998


Bank of America
Amend BK Notice  FL 1-908-01-50
4909 Savarese Circle
Tampa, FL 33634


Bank of America
PO Box 982238
El Paso, TX 79998


Bank of America
Amend BK Notice  FL 1-908-01-50
4909 Savarese Circle
Tampa, FL 33634

Becket & Lee LLP
PO Box 3001
Malvern, PA 19355


Becket & Lee LLP
PO Box 3001
Malvern, PA 19355


Becket & Lee LLP
PO Box 3001
Malvern, PA 19355


Bentley Motors, Inc.
2003 Edmund Halley Drive, Suite 300
Reston, VA 20191


Blue Cross Blue Shield of Illinois
300 East Randolph St
Chicago, IL 60601


Carolyn Philips
1455 W Grand Ave
Apt 1F
Chicago, IL 60642


CBRE, Inc.
PO Box 740935 Location Code 2124
Los Angeles, CA 90074-0935


Cedar Financial
24009 Ventura Blvd
Suite 200
Calabasas, CA 91302


Central Credit Services LLC
PO Box 357
Ramsey, NJ 07446


Central Credit Services LLC
PO Box 357
Ramsey, NJ 07446


Central Credit Services LLC
PO Box 357
Ramsey, NJ 07446

Charlotte Gilmore Exempt Fmly Trust
C/U John F Gilmore Jr Dec Tr 2/11/1
7032 SE Harbor Cir
Stuart, FL 34996


Charlotte Gilmore Exempt Fmly Trust
C/U John F Gilmore Jr Dec Tr 2/11/1
7032 SE Harbor Cir
Stuart, FL 34996


Chase Bank
PO Box 15298
Wilmington, DE 19850-5298


Chase Bank
PO Box 15298
Wilmington, DE 19850-5298


Chase Bank
PO Box 15298
Wilmington, DE 19850-5298


Chase Bank
PO Box 15298
Wilmington, DE 19850-5298


Chicago BT Property, LLC
141 W Jackson Blvd
Chicago, IL 60604


Chicago BT Property, LLC
141 W Jackson Blvd
Chicago, IL 60604


Christina Sui
916 Harvard Ln
Wilmette, IL 60091


Christina Sui
916 Harvard Ln
Wilmette, IL 60091


Christina Sui
916 Harvard Ln
Wilmette, IL 60091

Christina Sui
916 Harvard Ln
Wilmette, IL 60091


Christina Sui
916 Harvard Ln
Wilmette, IL 60091


Christina Sui
916 Harvard Ln
Wilmette, IL 60091


Christopher D Gilmore
8 Longwood Dr
Burr Ridge, IL 60527


Christopher D Gilmore
8 Longwood Dr
Burr Ridge, IL 60527


Chubb Personal Risk Services
PO Box 7247-0180
Philadelphia, PA 19170


Citi
PO Box 6500
Sioux Falls, SD 57117


Citi
PO Box 6500
Sioux Falls, SD 57117


Citi
PO Box 6500
Sioux Falls, SD 57117


Citi
PO Box 6500
Sioux Falls, SD 57117


Citi
PO Box 6241
Sioux Falls, SD 57117

Citi
PO Box 6241
Sioux Falls, SD 57117


Citi
PO Box 6241
Sioux Falls, SD 57117


Citi
PO Box 6241
Sioux Falls, SD 57117


City of Chicago EMS
33589 Treasury Center
Chicago, IL 60694


CMC
1300 L St
NW Suite 1020
Washington, DC 20005


CME Group
20 South Wacker Dr
Chicago, IL 60606


Comcast
PO Box 3005
Southeastern, PA 19398-3005


Comcast
PO Box 3005
Southeastern, PA 19398-3005


Comcast
PO Box 3005
Southeastern, PA 19398-3005


ComEd
PO Box 6111
Carol Stream, IL 60197-6111


ComEd
PO Box 6111
Carol Stream, IL 60197-6111

Compliance AI Inv, LLC
2721 N Dayton St
Chicago, IL 60614


Conversus Group LLC
245 Park Avenue
Floor 24
New York, NY 10167


Costco
999 Lake Dr
Issaquah, WA 98029


Daniel Hu
69 Cooper Street
Apt #2L
Brooklyn, NY 11207


Daniel Zurakov
1232 N Noble St
Chicago, IL 60622


David Herrmann
1725 W Division #301
Chicago, IL 60622


David Widerhorn Consulting, LLC
141 W Jackson Blvd, Suite 1692
Chicago, IL 60604


David Widerhorn Consulting, LLC
141 W Jackson Blvd, Suite 1692
Chicago, IL 60604


David Widerhorn Consulting, LLC
141 W Jackson Blvd, Suite 1692
Chicago, IL 60604


Devexperts Inc.
2500 Plaza 5
Harborside Financial Center
Jersey City, NJ 07311

Direct Urgent Care, Inc
3095 Telegraph Ave
Berkeley, CA 94705


Doctors Without Borders
333 7th Avenue, 2nd Floor
New York, NY 10001


Dropbox Inc.
185 Berry St, Suite 400
San Francisco, CA 94107


Eff It Holdings, LLC
121 W Wacker Dr, Suite 2400
Chicago, IL 60601


Eff The Street, LLC
121 W Wacker Dr, Suite 2400
Chicago, IL 60601


Environmental Systems Design, Inc.
175 W Jackson Blvd
Suite 1400
Chicago, IL 60604


Eppleton IT Consulting
Heimeranstr. 68
Muenchen, Germany 80339-0000


Erdem Ergin
2754 N Hampden Ct
Chicago, IL 60614


Eugene Tyurin
1005 Forest Ave
Evanston, IL 60202


Experian
PO Box 9530
Allen, TX 75013


Figo Pet Insurance
223 W Erie St
Chicago, IL 60654

Fitness Formula Clubs
619 W Jackson Blvd
Chicago, IL 60661


Fox Rothschild LLP
353 N Clark St
Suite 3650
Chicago, IL 60654


Fox Rothschild LLP
353 N Clark St, Suite 3650
Chicago, IL 60654


FullStack
PO Box 1047
Iowa City, IA 52244


Futures Industry Association
2001 Pennsylvania Avenue NW
Suite 600
Washington, DC 20006


Gould & Ratner
222 N LaSalle St
Suite 800
Chicago, IL 60601


Hardt, Stern & Kayne, P.C.
2610 Lake Cook Rd
Suite 200
Riverwoods, IL 60015


Hardt, Stern & Kayne, P.C.
2610 Lake Cook Rd
Suite 200
Riverwoods, IL 60015


Hardt, Stern & Kayne, P.C.
2610 Lake Cook Rd
Suite 200
Riverwoods, IL 60015


HealthSmart
2565 Shermer Rd
Northbrook, IL 60062

Hulu
12312 W Olympic Blvd
Los Angeles, CA 90064


Igor Zaydlin
1161 Greenwood Ave
Deerfield, IL 60015


Ilan Hausner
5510 Park Avenue
West New York, NJ 07093


Jae Deok Kim
73 S Oxford St
Brooklyn, NY 11217


Jawahar J Panchal
71 E Division St
Apt 903
Chicago, IL 60610


Jaya Laxmi Capital, LLC
1189 Wilmette Ave #106
Wilmette, IL 60091


Jeff Gambera
15559 Sterling Heights Drive
Brookings, OR 97415


Jerry Leterman
625 Deerfield Rd
Apt 207
Deerfield, IL 60015


JetSmarter Inc.
500 East Broward Blvd, Suite 1900
Fort Lauderdale, FL 33394


John Burns
1204 Emerald Dr
Lemont, IL 60439


Joseph R Pensinger
345 Forest Rd
Hinsdale, IL 60521

Jukka Ketonen
1903 W Grace St
Chicago, IL 60613


Jukka Ketonen
1903 W Grace St
Chicago, IL 60613


Justin Waggoner
1515 N Mohawk St #1
Chicago, IL 60610


Karen Gleason & Associates
505 N Lake Shore Dr #6507
Chicago, IL 60611


Katherine Bauer
2800 N Lake Shore Dr #2407
Chicago, IL 60657


Kathleen Devine
224 Woodstock Ave
Clarendon Hills, IL 60514


Kevin Kim
192 Water St
Apt 1W
Brooklyn, NY 11201


Law Offices of Christopher Enger
5740 Winona Avenue
Saint Louis, MO 63109


Law Offices of Joel Cardis, LLC
2006 Swede Rd, Suite 100
E. Norriton, PA 19401


Law Offices of Michael W. Black LLC
150 S Wacker Dr #2400
Chicago, IL 60606


Lea Sullivan Shea & Smith LLP
224 N Desplaines St
Suite 250
Chicago, IL 60661

Lee Patrick
1540 N Claremont Ave #3E
Chicago, IL 60613


Lichtman Eisen Partners, Ltd.
222 N LaSalle St, Suite 300
Chicago, IL 60601


Lightower Fiber Networks
80 Central Street
Boxborough, MA 01719


Lindsey Geannopulos
222 N Columbus Dr
#1609
Chicago, IL 60601


Ludi Rehak
765 N Rengstorff Ave
Apt 17
Mountain View, CA 94043


Marjorie M Whittemore Rvc Trust
28320 Grank Duke Dr
Farmington Hills, MI 48334


Mark Petersen
1481 Indian Grass Ln
Grayslake, IL 60030


MassMutual Chicago
One North Franklin St, Suite 2470
Chicago, IL 60606


Matthew Wilson
4327 N Claremont Ave
Chicago, IL 60618


Melamed & Associates
30 S Wacker Dr #1625
Chicago, IL 60606

Menlo Land & Capital V, LLC
2390 El Camino Real
Suite 210
Palo Alto, CA 94306


Michael Menard
32 Conshohocken State Road Apt D1
Bala Cynwyd, PA 19004


Michelle Fowler
925 W Lakeside Pl
Apt 1E
Chicago, IL 60640


Michigan Avenue Internists
200 S Michigan Ave
Suite 805
Chicago, IL 60604


National Product Care Company
175 West Jackson Blvd
Chicago, IL 60604


National Rifle Association
11250 Waples Mill Road
Fairfax, VA 22030


Nevin Liber
1019 Crabtree Lane
Libertyville, IL 60048


Nicolas Gourguechon Photography
1935 N Fairfield Ave
#303
Chicago, IL 60647


Nixon Peabody LLP
70 West Madison St
Suite 3500
Chicago, IL 60602-4224


Northwestern Medicine
28155 Network Place
Chicago, IL 60673-1281

NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719

```
NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719
```

```
NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719
```

NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719

NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719

```
NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719
```

NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719

NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


NS Liquidation Corp f/k/a Neurensic
1189 Wilmette Ave #215
Wilmette, IL 60091-2719


Numisma, LLC
1189 Wilmette Ave #106
Wilmette, IL 60091


ORBA
455 N Cityfront Plaza Dr
Chicago, IL 60611-5313


Overwell Harvest Limited
83 Repulse Bay Road
Repulse Bay, Hong Kong


pair Networks, Inc.
2403 Sidney St #210
Pittsburgh, PA 15203


pair Networks, Inc.
2403 Sidney St #210
Pittsburgh, PA 15203


PalmLeaf Massage Clinic
355 W Dundee Rd, Suite 110
Buffalo Grove, IL 60089

Paul Giedraitis
939 W Winona St
Apt 1E
Chicago, IL 60640


Paul Giedraitis
939 W Winona St
Apt 1E
Chicago, IL 60640


Pawan Deedwaniya
25 Murray St
#10B
New York, NY 10007


Peoples Energy
130 E Randolph St, Flr 2400
Chicago, IL 60601


Perkins+Will
410 N Michigan Ave
Suite 1600
Chicago, IL 60611


Pets Best Insurance
2323 S Vista Ave
Boise, ID 83705


Professional Account Management
PO Box 391
Milwaukee, WI 53201-0391


Quantamine Capital, LLC
1189 Wilmette Ave #106
Wilmette, IL 60091


Quantamine Capital, LLC
1189 Wilmette Ave #106
Wilmette, IL 60091


Quiota LLC
1522 N LaSalle Dr #1
Chicago, IL 60610

Raakhee Miller
15 Broad Street #702
New York, NY 10005


Ralph Patrick Saul
3726 Newport Way Dr
Waterford, MI 48329


Receivable Management Services
1250 E Diehl Road, Ste 300
Naperville, IL 60563


Receivable Management Services
1250 E Diehl Road, Ste 300
Naperville, IL 60563


Richard Salute
7 Lori Ct
Woodbury, NY 11797


River North Hand Car Wash
356 W Superior St
Chicago, IL 60654


Robert A Boron, Ltd
33 N LaSalle Street, Ste 3200
Chicago, IL 60602


Robinson & Schwartz, LLC
209 S LaSalle St, 7th Flr
Chicago, IL 60604


Roy Talman & Associates
150 South Wacker Drive
Suite 1300
Chicago, IL 60606


Salesforce.com Inc.
One Market St
Suite 300
San Francisco, CA 94105

Sanjay Vohra
420 W Grand Ave
Unit 2D
Chicago, IL 60654

Saturn Holdings, LLC, Series 2
6829 Glen Meadow Drive
Fort Worth, TX 76132

Semersky Enterprises Inc.
2300 Skokie Valley Rd
Highland Park, IL 60035

Shams, Rodriguez, & Mozwecz, PC
150 N Michigan Ave, 8th Flr
Chicago, IL 60601

Shikshya Khatiwada
217 Newark Avenue #101
Jersey City, NJ 07302

Spotify USA Inc
45 W 18th Street, 7th Flr
New York, NY 10011

Standard Parking
Attn: Garage Office
440 S Lasalle St
Chicago, IL 60605

Stephen Kansky
2 Castlehill Dr
Marlboro, NJ 07746

Studio Z Investments
1551 Penstemon Ct
Grayslake, IL 60030

Sweeney & Scharkey LLC
111 W Washington St
Suite 1160
Chicago, IL 60602

Synchrony Bank
Attn: Bankruptcy Dept
PO Box 965061
Orlando, FL 32896-5061


Synchrony Bank
PO Box 965036
Orlando, FL 32896


T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410


T-Mobile Bankruptcy Team
PO Box 53410
Bellevue, WA 98015-3410


TAG Properties
2626 Kenilworth Ave
Wilmette, IL 60091


Tarmo LLC
PO Box 11355
West Palm Beach, FL 33419


TD Auto Finance
PO Box 9223
Farmington Hills, MI 48333-9223


Telvent DTN
9110 West Dodge Road
Suite 200
Omaha, NE 68114


The Art of Shaving, LLC
1301 NW 84th Avenue, Suite 101
Miami, FL 33126


The Dump
2860 S Highland Ave
Wayne, IL 60184


The UPS Store
1189 Wilmette Ave
Wilmette, IL 60091

Thomas Rodgers
2048 W Farwell Ave
Unit 2W
Chicago, IL 60645


Thompson Coburn LLP
55 E Monroe Street
37th Floor
Chicago, IL 60603


Village of Schaumburg
101 Schaumburg Court
Schaumburg, IL 60193


Weili He
1317 N Sutton Pl
Chicago, IL 60610


YeeMan Bergstrom
1255 S Michigan Ave
Apt PH7
Chicago, IL 60605


Zachary Watts
630 N State St
Apt 2609
Chicago, IL 60654